UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SANDY MACIAS,

                                                                                                       JUDGMENT
                                                                                                        20-CV-286 (ARR) (RER)

        Plaintiff,

  v.

JZANUS LTD.,

        Defendant.
-------------------------------------------------------------X

        An Opinion and Order of the Honorable Allyne R. Ross, United States District Judge, having been filed on October 29, 2020, granting defendant's motion to dismiss without prejudice; it is

        ORDERED and ADJUDGED that defendant's motion to dismiss without prejudice is granted.

Dated: Brooklyn, New York                                   Douglas C. Palmer
       October 30, 2020                                                Clerk of Court

                                                                        By:    */s/Jalitza Poveda*
                                                                                   Deputy Clerk